# UNITED STATES DISTRICT COURT

### for the

Western District of Texas

Filed
Clerk, U. S. District Court
Western District of Texas
By _____ Deputy

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Israel SOTO (1) | ) | SA: 14-M-0020 (1,2) |
| Carlos MORENO (2) | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 07, 2014__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) & 21 USC 846 | Possession with Intent to Distribute 50 grams or more of a mixture or substance containing Methamphetamine; Conspiracy to possess with Intent to Distribute 50 grams or more of a mixture or substance containing Methamphetamine |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Reyes Cano, HSI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/08/2014__

_____
*Judge's signature*

City and state: __San Antonio, Texas__

PAMELA A. MATHY, US Magistrate Judge
_____
*Printed name and title*

5-40 yrs imprisonment, $5,000,000 fine, 4 yrs supervised release, and $100 mandatory special assessment

<h1 style="text-align:center">Affidavit</h1>

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Reyes Cano. I am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been employed as a Special Agent for approximately 20 years. I am empowered by the United States Attorney General or his successor, the Secretary for Homeland Security [Title 6, United States Code, Sections 202 (3), (4), and 557] to perform the duties provided by law and regulation and to conduct investigations of offenses against the United States.

This affidavit is made in support of criminal complaint charging Israel SOTO and Carlos MORENO with Conspiracy and Unlawful Possession with intent to Distribute, Manufacture, Importation and Exportation of Controlled Substances, 4 ounces of Methamphetamine, in violation of Title 21, United States Code, Section 841, and 21 United States Code 846.

On January 07, 2014, Homeland Security Investigations (HSI) San Antonio Special agents received a call from the San Antonio Police Department, Patrol Officers Kory and Khalaf, to respond to the 6000 W. Loop 1604 South, San Antonio, TX, for assistance. Officer Kory had stopped a White Ford Mustang, bearing the license plate BSR 0261, for traffic violations, specifically "Failure to Properly signal lane change". The driver of the vehicle was identified as Carlos MORENO, and the passenger in the vehicle was identified as Israel SOTO. Upon approaching the vehicle, Officer Kory observed the passenger of the vehicle making suspicious movements towards the console of the vehicle prompting the SAPD officers to remove the both the driver MORENO and the passenger SOTO from the vehicle for officer safety.

After asking both individuals to step out of the vehicle, and as a matter of officer safety both MORENO and SOTO were physically searched. SAPD Officers requested MORENO, the registered owner of the vehicle, consent to search vehicle for weapons. MORENO consented to the search, stating that they did not have any weapons in the car. Officers secured MORENO and SOTO and conducted a search of the vehicle. During the search of the vehicle officers discovered four small plastics bags that contained substances believed to be Methamphetamine.

HSI Agents Reyes Cano and Juan Lopez arrived to assist and interview MORENO and SOTO. Both MORENO and SOTO were advised of their Miranda Warnings, and both verbally indicated they understood the Warnings and both stated they were willing to voluntarily respond to questions. Both MORENO and SOTO were questioned individually by SA Cano and SA Lopez

MORENO admitted receiving a call from SOTO, during which MORENO was asked by SOTO for assistance. MORENO stated that when he picked SOTO up he observed SOTO conceal the

methamphetamine in the console portion of his Mustang. MORENO admitted to knowing that the bags contained Methamphetamine, and admitted to knowing the purpose of the call for assistance was to deliver the narcotics.

SOTO admitted contacting MORENO a few hours earlier and requesting his assistance to deliver the Methamphetamine. SOTO admitted concealing the narcotics in the console of the vehicle. SOTO stated he was unsuccessful at making the delivery and was traveling back to his residence when SAPD stopped the vehicle.

The Methamphetamine discovered in the console was packaged in four (4) individual plastic bags, and each bag was weighed individually. Weight on the bags amounted to a total of four (4) ounces, (one ounce per bag). The contents were field tested for Methamphetamine, and the positive results were photographically recorded.

Reyes Cano
Special Agent

Subscribed and sworn before me the 8th day of January 2014

United States Magistrate Judge