PS 8
(Rev. 12/04)

Filed 1-24-14
Clerk, U. S. District Court
Western District of Texas
By KLS
Deputy

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

|  |  |
|---|---|
| | Docket No. |
| U.S.A. vs. Israel Soto | [0542 5:14-00020M]-[001] |

## Petition for Action on Conditions of Pretrial Release

COMES NOW Craig Pair , pretrial services/probation officer, presenting an official report upon the conduct of defendant Israel Soto ,

who was placed under pretrial release supervision by the Honorable Pamela Ann -Mathy ,

sitting in the court at San Antonio, Texas on the 13th date of January , 2014

under the following conditions:

Please see Appearance Bond and Order Setting Conditions of Release dated January 13, 2014 and January 10, 2014, respectively.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

At the time of the defendant's release, all of the parties agreed Soto should be required to reside at a local halfway house only until such time as a viable, pre-approved residence plan could be established. Pretrial Services and the defendant have now established a viable residence plan, he has secured a verified offer of employment and he has offered no known supervision problems while residing at the halfway house. For all of those reasons, Pretrial Services is recommending the following modification:

PRAYING THAT THE COURT WILL ORDER the defendant's conditions of bond be MODIFIED to REMOVE condition #7(n): Reside at a Community Corrections facility as designated by Pretrial Services; abide by all conditions and requirements of the facility until terminated by the facility director or Pretrial Services.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/24/2014

ORDER OF COURT

Considered and ordered this 24 day of January , 2014 and ordered filed and made a part of the records in the above case.

Honorable Pamela Ann -Mathy

U.S. District Judge/Magistrate Judge

U.S. Pretrial Services/Probation Officer

Place Federal Building
727 East Cesar E. Chavez Boulevard , B-636
San Antonio, TX 78206